JaVonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq. SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 11-49245 L |
| **Jessica Lee Rebecca Sharver** | § | |
| **Donald Leroy Sharver** | § | Chapter: 13 |
| | § | |
| Debtors | § | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, its assignees and/or successors, in the above referenced bankruptcy case:

    **McCarthy & Holthus, LLP**
    1770 Fourth Avenue
    San Diego, CA 92101
    (877) 369-6122

Dated: 9/6/2011                  McCarthy & Holthus, LLP

                                By: /s/ Joseph Chun, Esq.
                                    Joseph Chun, Esq.,
                                    Attorney for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, its assignees and/or successors

JaVonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq. SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 11-49245 L |
| | ) |
| Jessica Lee Rebecca Sharver | ) RS No.: <u>JSC</u> |
| Donald Leroy Sharver, | ) |
| | ) Chapter 13 |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE OF NOTICE** |
| | ) **OF APPEARANCE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Date: |
| | ) Time: |
| | ) Ctrm: |
| | ) Place: |
| | ) |
| | ) |
| | ) Judge: William J. Lafferty |
| | ) |
| | ) |
| | ) |

# CERTIFICATE OF SERVICE

On 9/7/2011, I served the foregoing documents described as NOTICE OF APPEARANCE on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
Patrick L. Forte
plforte@sonic.net

TRUSTEE
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

    /s/ Raquel Ray
    Raquel Ray

On 9/7/2011, I served the foregoing documents described as **NOTICE OF APPEARANCE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Jessica Lee Rebecca Sharver
Po Box 710
Knightsen, CA 94548

Donald Leroy Sharver
Po Box 710
Knightsen, CA 94548

COUNSEL FOR DEBTOR
Patrick L. Forte
1 Kaiser Plaza #480

Oakland, CA 94612

UNITED STATES TRUSTEE
1301 Clay St #690N
Oakland, CA 94612

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 9/7/2011  /s/ David Fry
David Fry

Case: 11-49245  Doc# 10  Filed: 09/07/11  Entered: 09/07/11 22:30:45  Page 4 of 4