**REAL ESTATE LAW GROUP LLP**
JASON L. HOFFMAN, ESQ. (Bar No. 179924)
3455 American River Drive, Suite C
Sacramento, California 95864
Telephone: (916) 484-2600
Facsimile: (916) 484-2601
Email: jhoffman@relglaw.com

Attorneys for EDF REsource Capital, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DISTRICT)

| | |
|---|---|
| In Re: ) | Chapter 13 |
| DONALD LEROY SHARVER and JESSICA ) LEE REBECCA SHARVER, ) | **Case No. 11-49245-WJL-13** |
| Debtors. ) | **REQUEST FOR SPECIAL NOTICE** |
| ) | |

**TO THE CLERK OF THE COURT, ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD HEREIN:**

EDF REsource Capital, Inc. requests that copies of any and all notices or orders sent to any person or entity in connection with the above-captioned case, including without limitation all notices pursuant to Bankruptcy Rule 2002, be sent to the following interested parties:

EDF REsource Capital, Inc.
1050 Iron Point Road
Folsom, California 95630

JASON L. HOFFMAN, ESQ.
Real Estate Law Group LLP
3455 American River Drive, Suite C
Sacramento, California 95864

1
**REQUEST FOR SPECIAL NOTICE**

1 | Email: jhoffman@relglaw.com

2 | ERIC ADAMS, DISTRICT COUNSEL
3 | U.S. Small Business Administration
San Francisco District Office
4 | 455 Market Street, 6th Floor
San Francisco, CA 94105-2420
5 | Email: eric.adams@sba.gov

**REAL ESTATE LAW GROUP LLP**

Dated: ___September 21, 2011___        By:    */s/ Jason L. Hoffman*
                                              Jason L. Hoffman
                                              State Bar Number: 179924