```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed October 31, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-49245 WJL |
| **DONALD LEROY SHARVER and JESSICA LEE REBECCA SHARVER,** | Chapter 13 |
| Debtors. | **ORDER VALUING LIEN OF CITIBANK, N.A.** |
| _____/ | |

    On September 30, 2011, Donald and Jessica Sharver (hereinafter Debtors) served a motion to value the lien of Citibank, N.A. (hereinafter Lienholder) against the property commonly known as 2813 Delta Road, Brentwood, CA 94513, which lien was recorded in Contra Costa County on or about November 13, 2006 as document 0362334-00 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Law Offices of Patrick L. Forte |
| 4 | One Kaiser Plaza, Suite 480 |
| | Oakland, CA 94612 |
| 5 | |
| | Donald & Jessica Sharver |
| 6 | PO Box 710 |
| | Knightsen, CA 94548 |
| 7 | |
| | Attn: Officer |
| 8 | Citibank, National Association |
| | 701 East 60th Street North |
| 9 | Sioux Falls, South Dakota 57104 |
| 10 | |
| | Attn: Officer |
| 11 | Bank of America, National Association |
| | 101 S Tryon St |
| 12 | Charlotte, North Carolina 28202 |
| 13 | Attn: Officer |
| | Bank of America, National Association |
| | 214 N Tryon Street |
| 14 | Charlotte, NC 28255 |
| 15 | |
| | Attn: Officer |
| 16 | Bank of America, National Association |
| | C/o CT Corporation System |
| | 818 W Seventh St |
| 17 | Los Angeles, CA 90017 |
| 18 | |
| | Attn: Officer or Managing Agent |
| 19 | BAC Home Loans Servicing, LP |
| | 4500 Park Granada |
| | Calabasas, CA 91302 |
| 20 | |
| 21 | Attn: Officer or Managing Agent |
| | BAC Home Loans Servicing, LP |
| 22 | C/o CT Corporation System |
| | 818 West Seventh St |
| 23 | Los Angeles, CA 90017 |
| 24 | Attn: Joseph Chun, Esq. |
| | Bank of America, N.A., successor by merger to BAC Home Loans |
| 25 | Servicing, LP FKA Countrywide Home Loans Servicing, LP, its assignees and/or successors |
| | C/o McCarthy & Holthus, LLP |
| 26 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |

| | |
|---|---|
| 1 | Attn: Eric Adams, District Counsel |
| | EDF REsource Capital, Inc. |
| 2 | C/o U.S. Small Business Administration |
| | San Francisco District Office |
| 3 | 455 Market Street, 6th Floor |
| | San Francisco, CA 94105-2420 |


```
Attn: Eric Adams, District Counsel
EDF REsource Capital, Inc.
C/o U.S. Small Business Administration
San Francisco District Office
455 Market Street, 6th Floor
San Francisco, CA 94105-2420

Attn: Jason L. Hoffman, Esq.
EDF REsource Capital, Inc.
C/o Real Estate Law Group LLP
3455 American River Drive, Suite C
Sacramento, California 95864

Attn: Officer or Managing Agent
EDF REsource Capital, Inc.
1050 Iron Point Road
Folsom, California 95630

Attn: Nancy Hotchkiss, Esq.
Cathy Bank
C/o Trainor Fairbrook
Post Office Box 255824
Sacramento, California 95865
```